# (July 7, 1970)

■ In the Matter of BARBARA HAROCHE, Respondent, v. GILBERT D. HAROCHE, Appellant.—

548

Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.